ACCEPTED
03-16-00456-CR
13892129
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 8:17:47 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-16-00456-CR
### (Trial Cause No. 43376)

| | | |
|---|---|---|
| **GREGORY CHRIS ANGELO** | § | **IN THE 3rd COURT OF APPEALS** |
| **V.** | § | **AT** |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 8:17:47 AM
JEFFREY D. KYLE
Clerk

## CERTIFICATE OF COUNSEL

In compliance with the requirements of TEX. R. APP. P. 48.4, I, Tim Copeland, court-appointed counsel for appellant in the above-referenced appeal do hereby verify in writing to the Court that I have provided a copy of the Court's judgment and opinion in this cause to appellant at his last known address and that I have informed appellant of his rights to file a *pro se* petition for discretionary review to the Texas Court of Criminal Appeals under TEX. R. APP. P. 68.

COPELAND LAW FIRM
P.O. Box 399
Cedar Park, TX 78613
Mobil/Text: 512.897.8196
Fax: 512.215.8114
Email: tcopeland14@yahoo.com
By: /s/ Tim Copeland
Tim Copeland
State Bar No. 04801500

## CERTIFICATE OF SERVICE and of COMPLIANCE WITH RULE 9

This is to certify that on November 21, 2016, a true and correct copy of the above and foregoing document was served on Bob Odom, Assistant Bell County District Attorney, Box 540, Belton, Texas 76513 and that Appellant's certificate is in compliance with Rule 9 of the *Tex. R. of App. P.* and that portion which must be included under Rule 9.4(i)(1) contains 218 words.

/s/ Tim Copeland
Tim Copeland

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postage

$



Sent To *Diegorgenns, Yuxelo*
*MCJ # 00201052*

Street and Apt. No., or PO Box No.
*1400 FM 3452*

City, State, ZIP+4®
*Palestine, TX 75803*

CEDAR PARK 78613

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions